[No. 9737-4-III.   Division Three.   March 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ALLEN BORT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01208-6, Howard Hettinger, J., entered December 21, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11220-9-III.   Division Three.   March 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE A. ROYBAL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-01579-9, Stephen M. Brown, J., entered November 7, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 24889-8-I.   Division One.   March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE BURRELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-00690-8, George T. Mattson, J., entered September 5, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.